AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Tuesday, 29 March, 2005 03:33:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
MAR 2 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Harry Michael Hibbetts**

vs.                                            Case Number:   **05-1053**

**United States of America**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Motion to Vacate/Set Aside/Correct Sentence under 28:2255 is construed as a Petition Under Circuit Rule 22.2(A) to file a successive 2255 petition and is denied without prejudice to refiling in the Seventh Circuit Court of Appeals.

ENTER this 29th day of March, 2005

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK